UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                        Criminal No. 09-cr-79-01-PB

Nagasaki Gonzalez

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Defendant admits violating the condition requiring him to be employed full time by the end of November 2008.  In fact, he provided no evidence of any effort up to and including May 4, 2009.  After a verbal reprimand and an order to provide a list of no less than ten efforts at employment per week, he failed to consistently do that.  His last minute efforts to "paper the file" are unavailing.  I find, by clear and convincing evidence, that he violated his bail condition and is unlikely to abide by conditions.  Given the failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: July 16, 2009

cc:   Jonathan R. Saxe, Esq.
      Arnold H. Huftalen, Esq.
      U.S. Marshal
      U.S. Probation